Hussein Alzuabidi, Plaintiff, in pro per
2120 Crystal Lake Dr, Apt 168
Shelby Township, Michigan 48316 | (248) 640-3077 | hussein.scs@gmail.com

FILED
OCT 15 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

HUSSEIN ALZUABIDI, an individual,
Plaintiff,
v.
OPENAI OPCO, LLC, a Delaware limited liability company,
Defendant.

CV 26-11968 ASK

**COMPLAINT FOR FALSE DESIGNATION OF ORIGIN / FALSE ASSOCIATION**

15 U.S.C. § 1125(a)(1)(A)

## NATURE OF ACTION

1. Plaintiff Hussein Alzuabidi brings this action in his individual capacity based on his claimed rights in the designation SPACECHAT and alleged likelihood of confusion arising from Defendant’s promotion of 'ChatGPT Space' and 'dots' in overlapping technology markets.

2. Plaintiff alleges confusion concerning potential affiliation, sponsorship, or source. Plaintiff does not allege, on the materials presently identified, that Defendant copied his software code, accessed his private materials, or copied his product intentionally.

## PARTIES

3. Plaintiff Hussein Alzuabidi is an individual residing in Michigan. Public U.S. trademark-application records identify him as the individual applicant for the standard-character mark SPACECHAT, U.S. Serial No. 50076182.

4. Defendant OpenAI OpCo, LLC is a Delaware limited liability company doing business in California. Its publicly listed business address is 1455 3rd Street, San Francisco, California

## PRAYER FOR RELIEF

Plaintiff requests, solely to the extent justified by the evidence and governing law:

A. Judgment in Plaintiff's favor on any legally supported claim under Section 43(a);

B. Appropriate narrowly tailored injunctive relief against any use the Court finds likely to cause actionable confusion, rather than a blanket prohibition on ordinary use of 'space' or 'dots';

C. Actual monetary relief, if proven and permitted by 15 U.S.C. § 1117;

D. Taxable costs as permitted by law; and

E. Other relief the Court determines just and proper.

Date: 10/11/2026
Signature: [signature]
Hussein Alzuabidi, Plaintiff in pro per

20. Plaintiff has not supplied verified evidence of actual customer confusion, loss of sales, diversion, or financial harm. Plaintiff seeks appropriate relief only to the extent supported by later evidence and law.

## CLAIM FOR RELIEF

### Section 43(a)(1)(A) of the Lanham Act (15 U.S.C. § 1125(a))

21. Plaintiff incorporates paragraphs 1 through 20 as though fully set forth here.

22. If Plaintiff can establish protectable ownership and qualifying use of the SPACECHAT designation, he contends that the similarity of the parties' disputed designations in their respective markets could cause mistaken beliefs about affiliation or sponsorship.

23. Plaintiff seeks judicial determination of the existence and scope of any rights he can establish and whether Defendant's challenged use violates Section 43(a)(1)(A).

12. Plaintiff's supplied X screenshot shows a September 20, 2026 post stating 'Spaces Dots & Ai game coming soon to the Apple store,' with a dot-cluster icon and the product title 'Spaces - Dots and AI.'

13. Plaintiff's supplied Apple App Store Connect screenshots show an iOS product titled 'Spaces - Dots and AI,' version 1.0, in 'Waiting for Review' status; the listing describes a multiplayer game involving dots, collecting and growing, customization, and multiple universes.

14. The supplied Apple development emails also show unsuccessful Xcode Cloud build attempts in September 2026. The materials presently reviewed do not establish that the iOS game was publicly distributed or sold before Defendant's September 29 announcement.

15. OpenAI publicly referred to 'ChatGPT Space' in materials dated July 9, 2026, preceding the August 2 date displayed on Plaintiff's Spaces article. That earlier public reference is material to any chronological comparison.

16. On or about September 29, 2026, OpenAI publicly promoted an AI agent product called 'dots' and described 'ChatGPT Space' as a collaborative setting for teammates and AI agents. The existence and features of those products are documented in OpenAI's published material.

17. Plaintiff's Spacechat project and Defendant's products are different in relevant respects: Plaintiff's Apple listing identifies a multiplayer dots game, whereas Defendant describes dots as AI agents and ChatGPT Space as a team collaboration environment.

18. Plaintiff contends that use of the words 'Space' and 'dots' together within technology and AI branding creates a risk that some customers might infer affiliation with SPACECHAT or its related Spaces project.

19. Plaintiff is concerned that Defendant's greater reach could create 'reverse confusion,' causing members of the public to assume Plaintiff's branding is affiliated with or derived from Defendant.

94158. Public California business records identify C T Corporation System, 330 N Brand Blvd, Suite 700, Glendale, California 91203, as its registered agent for service of process.

## JURISDICTION AND VENUE

5. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because the pleaded claim arises under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

6. Plaintiff alleges personal jurisdiction over Defendant in this District because Defendant maintains business operations in San Francisco and publicly offers or promotes the challenged products from this District.

7. Venue is alleged to be proper in this District under 28 U.S.C. § 1391(b) because Defendant resides here for venue purposes or a substantial part of the relevant conduct occurred here.

## FACTUAL ALLEGATIONS

8. The designation SPACECHAT is associated with a messaging, communications, social-networking, and artificial-intelligence software project. Plaintiff's U.S. trademark application, Serial No. 50076182, was filed August 27, 2026 and currently appears as a pending application, not an issued registration.

9. Plaintiff's trademark application reports earlier first-use dates for SPACECHAT.

10. A Spacechat-branded web article appears with the displayed publication date August 2, 2026 and the headline 'Spaces: the Dots Game built on your Spacechat account.' The page describes a dot-based game with account integration. The displayed date is not, standing alone, an independently authenticated initial-publication timestamp.

11. Plaintiff's supplied GitHub screenshots display activity in September 2026, including a September 13 commit titled 'Rename app to Spaces - Dots and AI' (short hash 70c32ad) and associated software-development history.


Private
spacechat.app
Human Biological Sandbox — Simulate the body. Explore how cells change.
Spacechat App
SPACECHAT
Drag to explore · pinch or scroll to zoom
Space Ideas
Explain phone photography tips in simple words
Teach me the basics of songwriting
Space Shows
Help me write a pilot idea
Create an email address for me
Space Trading
What risk mistakes do new traders make most?
ChatGPT
Explain a hard idea in simple words
SpaceAI Long-Vision
What can I help with?
Ask me anything, or let me do things for you: create your Spacechat email, write emails, update your profile, send messages, and open pages.
Brainstorm ideas for a side project
Gemini
Plan my week around th
Click on it to change the model
Grok
Give me a fresh take on a hot
Message


Private
spacechat.app
Human Biological Sandbox – Simulate the body. Explore how cells change.
Spacechat | AI Tools, Chat, Email & Connected Socials
SPACECHAT
Community
Privacy
Login
Chat with everyone in our Space.
Join open conversations, explore people, and move through Spacechat in one simple flow.
Spacechat AI
Hi! What should we build today?

2:02 5G+ 58

Wordmark

Spacechat

1 results
for Spacechat

Export

SPACECHAT

| | |
|---|---|
| **Wordmark** | SPACECHAT |
| **Status** | LIVE PENDING |
| **Goods & services** | IC 009: Home theater systems comprising Downloadable software for... |
| **Class** | 009, 042 |
| **Serial** | 50076182 |
| **Owners** | Hussein Alzuabidi (INDIVIDUAL; USA) |

Feedback

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

y mail.com Subscribe

About the USPTO · Search for patents · Search for trademarks

tmsearch.uspto.gov


App Store Connect
Apps
Xcode Cloud
Trends
Reports
Business
Users and Access
Hussein Alzubaidi
Spacechat LLC
Spaces - Dots and AI
Distribution
Analytics
TestFlight
iOS App
1.0 Waiting for Review
Add Platform
General
App Information
App Review
History
App Store
TRUST & SAFETY
App Privacy
App Accessibility
Ratings and Reviews
GROWTH & MARKETING
In-App Events
Custom Product Pages
Product Page Optimization
App Information
This information is used for all platforms of this app. Any changes will be released with your next app version.
Localizable Information
Name
Spaces - Dots and AI
Subtitle
A space full of dots
General Information
Bundle ID
com.husseinalaa.ai
SKU
com.husseinalaa.ai
Apple ID
6811639036
Content Rights
Edit
Primary Language
English (U.S.)
Category
Games
Strategy
Adventure


husseinalaa21 / spaces_ai_game
Type / to search
Code
Issues
Pull requests
Agents
Actions
Projects
Wiki
Security and quality
Insights
Settings
spaces_ai_game
Public
Pin
Watch 0
Fork 0
Star 0
main
1 Branch
0 Tags
Go to file
Add file
Code
husseinalaa21 and claude Replace the copied site in docs/ with a pointer
52 Commits
AI.xcodeproj
Route every in-app link through one SpacesLinks constant
2 weeks ago
Documentation
Add the Spaces site: privacy, terms, pricing, membership, ...
2 weeks ago
Sources/AI
Serve the site from spacechat.app instead of GitHub Pages
2 weeks ago
Tests
Add messaging tests and docs, camera permission, regen...
2 weeks ago
assets
Add window-pane grid background, Vision 2 logo backup, ...
3 weeks ago
ci_scripts
Universe rework, cosmetics polish, and Xcode Cloud build...
2 weeks ago
docs
Replace the copied site in docs/ with a pointer
2 weeks ago
vision one
Initial commit: Spaces AI Game with logo assets
3 weeks ago
vision three
Universe rework, cosmetics polish, and Xcode Cloud build...
2 weeks ago
vision two
Add window-pane grid background, Vision 2 logo backup, ...
3 weeks ago
.gitignore
Add messaging tests and docs, camera permission, regen...
2 weeks ago
AI.entitlements
Add window-pane grid background, Vision 2 logo backup, ...
3 weeks ago
About
belong to spacechat llc - assist (all rights saved)
Readme
Activity
0 stars
0 watching
0 forks
Releases
No releases published
Create a new release
Packages
No packages published
Publish your first package
Contributors 2
husseinalaa21 Hussein Alzuabidi
claude Claude


Home
Explore
Notifications
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post
Hussein Alzuabidi
@husseinalaa21
Post
Hussein Alzuabidi
@husseinalaa21
Spaces Dots & Ai game coming soon to the Apple store ✨
Spaces - Dots and AI
1:00 PM · Sep 20, 2026 · 36 Views
Access your post analytics
Unlock advanced analytics with X Premium
Learn more
Search
Relevant people
Hussein Alzuabidi
@husseinalaa21
Founder & SEO of Spacechat web3 social media platform
What's happening
WebullTrading
Tap it, trade it, on Webull.
Promoted by Webull
Sports · Trending
Arike
Trending with Paige, Gabby
Trending
#Hollywood
Sports · Trending
MacKinnon
Trending with Brandt Clarke
Show more


Inbox
4,084 messages, 2,153 unread
Favorites
Inbox 2,153
Flagged 3
Drafts 2
Sent
Smart Mailboxes
iCloud 2,155
Find My 9/15/26
A sound was played on iPhone.
Sound played on iPhone at 6:06 AM CDT on September 15, 2026; use Find My app
App Store Connect 9/14/26
Action needed: The uploaded build for Spaces - Dots and AI h...
Issues with Spaces - Dots and AI delivery; bundle identifier invalid; upload new binary
Xcode Cloud 9/14/26
spacechatai -- Build 7 failed (main)
iOS build failed; prepare build for App Store Connect; latest commit by husseinalaa21
Xcode Cloud 9/14/26
spacechatai -- Build 6 failed (main)
iOS build failed; prepare build for App Store Connect; latest commit by husseinalaa21
App Store Connect 9/14/26
Action needed: The uploaded build for Spaces - Dots and AI h...
Issues with Spaces - Dots and AI delivery; bundle identifier invalid; upload new binary
Apple Music 9/13/26
Your device comes with 3 free months of Apple Music.
Redeem your 3-month offer and start listening to over 100 million songs, ad-free, for no additional cost. 3 months of free...
Xcode Cloud 9/13/26
spacechatai -- Build 5 failed (main)
Xcode Cloud Archive - iOS encountered a failure that caused the build to fail. Prepare Build for App Store Connect Preparing buil...
App Store Connect 9/13/26
Action needed: The uploaded build for spacechatai has one o...
Hello, We noticed one or more issues with a recent delivery for the following app: spacechatai App Apple ID 6811639036 Versi...
Xcode Cloud 9/13/26
spacechatai -- Build 4 succeeded (main)
Search
Xcode Cloud
apple.com
spacechatai -- Build 5 failed (main)
To: hussein.scs@icloud.com,
Reply-To: noreply@apple.com
Inbox - iCloud September 13, 2026 at 7:19 PM
Xcode Cloud
Archive - iOS encountered a failure that caused the build to fail
Prepare Build for App Store Connect
Preparing build for App Store Connect failed
Latest Commit
Rename app to Spaces - Dots and AI
Branch
main
Workflow
Spaces App Store Build
View Build Report
with organizations to define each dot's responsibilities, the tools it can use, and

Spaces - Dots and AI

Distribution | Analytics | TestFlight

- App Information
- App Review
- History

App Store

TRUST & SAFETY

- App Privacy
- App Accessibility
- Ratings and Reviews

GROWTH & MARKETING

- In-App Events
- Custom Product Pages
- Product Page Optimization
- Promo Codes
- Game Center

MONETIZATION

- Pricing and Availability
- In-App Purchases

Declare Regulated Medical Device

## App Store Server Notifications

App Store server notifications provide information about key events related to your in-app purchases. To test notifications before implementing them in production, you can set up a separate sandbox server URL. Learn More

Production Server URL Edit

https://server.spacechat.app/

Sandbox Server URL Edit

https://server.spacechat.app/

## App-Specific Shared Secret

The app-specific shared secret is a unique code to receive receipts for only this app's auto-renewable subscriptions. You may want to use an app-specific shared secret if you're transferring this app to another developer, or if you want to keep your primary shared secret private.

Manage

## Additional Information

View on App Store

Edit User Access

Remove App

App Store Connect

Copyright © 2026 Apple Inc. All rights reserved. Terms of Service Privacy Policy Contact Us



SPACECHAT

Login

Home / Articles / Spaces: the Dots Game built on..

Posted: August 2, 2026

Spaces: the Dots Game built on your Spacechat account

Spaces

A dot in a white universe

Spaces is a free iOS game published by Spacechat. You are a dot in a white universe: you absorb what you find, grow, and change into something else. What makes it more than a small game is the account behind it — the same recovery phrase you already use for Spacechat signs you in, and the Messages and Spacechat AI pages inside the game are the same conversations you see in the app.


husseinalaa21 / spacechat
Type / to search
Code
Issues
Pull requests
Agents
Discussions
Actions
Projects
Security and quality 114
Insights
Settings
main
spacechat / spaces /
Go to file
Add file
Hussein Aluabidi and Hussein Aluabidi Match Spaces public page styling and use original game logo
1559cbd · 2 weeks ago
History
Name
Last commit message
Last commit date
..
blog.html Match Spaces public page styling and use original game logo 2 weeks ago
footer.css Match Spaces public page styling and use original game logo 2 weeks ago
game-logo.png Match Spaces public page styling and use original game logo 2 weeks ago
index.html Match Spaces public page styling and use original game logo 2 weeks ago
membership.html Match Spaces public page styling and use original game logo 2 weeks ago
pricing.html Match Spaces public page styling and use original game logo 2 weeks ago
privacy.html Match Spaces public page styling and use original game logo 2 weeks ago
site.js Match Spaces public page styling and use original game logo 2 weeks ago
style.css Match Spaces public page styling and use original game logo 2 weeks ago
support.html Match Spaces public page styling and use original game logo 2 weeks ago
terms.html Match Spaces public page styling and use original game logo 2 weeks ago


Code
Issues
Pull requests
Agents
Discussions
Actions
Projects
Security and quality 114
Insights
Settings
main
spacechat / spaces / game-logo.png
Go to file
Hussein Aluabidi and Hussein Aluabidi Match Spaces public page styling and use original game logo
1559cbd · 2 weeks ago
History
24.2 KB


Spaces - Dots and AI
Distribution
Analytics
TestFlight
iOS App
1.0 Waiting for Review
Add Platform
iOS App Version 1.0
The assets and metadata below appear on your app's product page, when users install your app, and will be used for web engine search results once you release your app.
General
App Information
App Review
History
Description
Spaces is a multiplayer game set in a world full of dots.
Start small, collect dots, grow bigger, and explore the arena with other players. Customize your dot with colors, stickers, and unique styles, then jump into different universes and see how big you can become.
App Store
TRUST & SAFETY
App Privacy
App Accessibility
Ratings and Reviews
Keywords
multiplayer,dots,space,arena,online,io,chat,friends,customize,casual
GROWTH & MARKETING
In-App Events
Custom Product Pages
Product Page Optimization
Promo Codes
Game Center
Support URL
https://www.spacechat.app/support
Marketing URL
https://www.spacechat.app/spaces
Version
1.0
Copyright
2026 Spacechat LLC
MONETIZATION
Routing App Coverage File


Spaces - Dots and AI
Distribution
Analytics
TestFlight
iOS App
1.0 Waiting for Review
Add Platform
General
App Information
App Review
History
App Store
App Privacy
App Accessibility
Ratings and Reviews
In-App Events
Custom Product Pages
Product Page Optimization
Promo Codes
Game Center
iOS App Version 1.0
30
1.0
NO
Included Assets
App Icon
Game Center
App Review Information
Sign-In Information
Provide a user name and password so we can sign in to your app. We'll need this to complete your app review.
Sign-in required
Contact Information
Hussein
Alzuabidi
2486403077
hussein.scs@icloud.com
Notes

Simplify main menu preview to a single logo-blue dot with plain white eyes
husseinalaa21 committed 3 weeks ago
ea6302c

Add main menu (Play + preview cards), round timer, minimap, and quit
husseinalaa21 committed 3 weeks ago
7b9f4d6

Make White Space feel more alive: squash-stretch player, blinking eyes, liquid absorb effect
husseinalaa21 committed 3 weeks ago
0317dad

Use Vision 2 logo (grid + dot cluster) as the app icon
husseinalaa21 committed 3 weeks ago
12dffef

Rename app to Spaces - AI Game, redo splash with independent dot shake, add test Continue button
husseinalaa21 committed 3 weeks ago
d4c28e3

Add window-pane grid background, Vision 2 logo backup, and splash/sign-in flow
husseinalaa21 committed 3 weeks ago
84b90fa

Replace space shooter prototype with AI iOS game (Phase 1-2 MVP)
husseinalaa21 committed 3 weeks ago
3c5f162

Initial commit: Spaces AI Game with logo assets
husseinalaa21 committed 3 weeks ago
92a5ea9

‹ Previous Next ›

© 2026 GitHub, Inc. Terms Privacy Security Status Community Docs Contact Manage cookies Do not share my personal information


husseinalaa21 and claude committed 2 weeks ago · 5 / 5
Commits on Sep 14, 2026
Update stale doc comment after merge
husseinalaa21 and claude committed 2 weeks ago · 1 / 3
0a1c779
Merge origin/main (Rename app to Spaces - Dots and AI)
husseinalaa21 committed 2 weeks ago
67db1c9
Universe rework, cosmetics polish, and Xcode Cloud build-number fix
husseinalaa21 committed 2 weeks ago
512eded
Commits on Sep 13, 2026
Rename app to Spaces - Dots and AI
husseinalaa21 committed 2 weeks ago · 3 / 5
70c32ad
Match Spaces App Store bundle ID and signing team
husseinalaa21 committed 2 weeks ago · 3 / 5
c32c74f
Prepare current Spaces game for Xcode Cloud distribution
husseinalaa21 committed 3 weeks ago · 0 / 2
e8ba1f9
Commits on Sep 12, 2026
Simplify main menu preview to a single logo-blue dot with plain white eyes
husseinalaa21 committed 3 weeks ago
ea6302c
Add main menu (Play + preview cards), round timer, minimap, and quit
husseinalaa21 committed 3 weeks ago
7b9f4d6
Make White Space feel more alive: squash-stretch player, blinking eyes, liquid absorb effect
0317dad


Code
Issues
Pull requests
Agents
Actions
Projects
Wiki
Security and quality
Insights
Settings
Commits
main
All users
All time
Commits on Sep 15, 2026
Set bundle identifier to com.spacechat.ai
husseinalaa21 and claude committed 2 weeks ago
d7794a0
Rename app to Spaces - Dots Game
husseinalaa21 and claude committed 2 weeks ago
e140eb1
Restore App Store bundle identifier com.husseinalaa.ai
husseinalaa21 and claude committed 2 weeks ago · 5 / 5
20324dd
Commits on Sep 14, 2026
Update stale doc comment after merge
husseinalaa21 and claude committed 2 weeks ago · 1 / 3
0a1c779
Merge origin/main (Rename app to Spaces - Dots and AI)
husseinalaa21 committed 2 weeks ago
67db1c9
Universe rework, cosmetics polish, and Xcode Cloud build-number fix
husseinalaa21 committed 2 weeks ago
512eded
Commits on Sep 13, 2026

# Your universe of dots



# Connect dots, get it done



# Make every dot yours



# Collect your team



# Give your team a job



# Folders with their own dots



# Change your universe



# Drag, zoom and explore



# Spacechat - URLs and Links

Project date: August 2, 2026

## Spacechat

**01. Main homepage**
https://www.spacechat.app/

**02. Root domain**
https://spacechat.app/

**03. Login**
https://www.spacechat.app/login

**04. About Spacechat**
https://www.spacechat.app/about

**05. Articles & Guides**
https://www.spacechat.app/articles

**06. Account deletion**
https://www.spacechat.app/account-deletion

## Space Dots and AI

**07. Spaces homepage**
https://www.spacechat.app/spaces/

**08. Pricing**
https://www.spacechat.app/spaces/pricing.html

**09. Premium membership**
https://www.spacechat.app/spaces/membership.html

**10. Blog**
https://www.spacechat.app/spaces/blog.html

**11. Support**
https://www.spacechat.app/spaces/support.html

**12. Privacy policy**
https://www.spacechat.app/spaces/privacy.html

**13. Terms of use**
https://www.spacechat.app/spaces/terms.html

## Spacechat articles and policies

**14. Chat with AI Tools**
https://www.spacechat.app/chat-with-ai-tools-in-spacechat

**15. Group chats**
https://www.spacechat.app/spacechat-group-chats-create-join-and-grow-private-communities

**16. Private messaging**
https://www.spacechat.app/private-messaging-rooms-how-one-on-one-chat-should-feel

**17. Random voice chat**
https://www.spacechat.app/random-voice-chat-and-voice-calls-how-to-meet-people-safely-online

**18. Anonymous chat platforms**
https://www.spacechat.app/why-anonymous-chat-platforms-are-seeing-a-massive-resurgence-and-how-to-use-them-wisely

**19. Live video chat**
https://www.spacechat.app/live-video-chat-with-alians-ai-characters-and-the-future-of-real-time-connection

**20. Child safety standards**
https://www.spacechat.app/child-safety-standards

## Social media

**21. X post - @husseinalaa21**
https://x.com/husseinalaa21/status/2101733368643600893?s=20